UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                           Case No. 23-cr-20676
                           Hon. Thomas L. Ludington

BRIAN BARTLETT,

    Defendant.
_____/

**UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANT BARTLETT'S MOTIONTO SUPPRESS EVIDENCE SEIZED UNDER SEARCH WARRANTS**

NOW COMES BRIAN BARTLETT, defendant herein, by and through his attorneys, Mark J. Kriger and James W. Amberg, and moves this Honorable Court for the entry of an Order permitting him to file his Motion to Suppress Evidence Under Seal, and in support of said motion says as follows:

1. He is one of the defendants herein, charged in the within Indictment with violations of 18 U.S.C. §§ 371, 1343, and 1349.

2. Defendant has prepared and will be filing a Motion to Suppress Evidence Seized Under Search Warrants arguing that the Search Warrants are overbroad.

3. Defendant will be attaching the affidavits in support of the search warrants as exhibits to the motion, all of which are currently under seal. In addition, the Motion to Suppress quotes portions of the sealed affidavits.

4. Because the affidavits in support of the search warrants are under seal, defendant requests that the Motion to Suppress Evidence be filed under seal and should remain so as they reference uncharged individuals and entities.

5. Attached as exhibit A is a proposed Order granting defendant's Motion to File Motion to Suppress Under Seal.

6. Pursuant to L.R. 7.1, undersigned counsel has sought the concurrence of government counsel in the within motion and the Government concurs in defendant's request that the Motion to Suppress Evidence shall be filed under seal.

WHEREFORE, defendant respectfully prays that this Honorable Court enter an Order granting defendant's Motion to File Motion to Suppress Under Seal.

Respectfully submitted,

s/Mark J. Kriger
LaRene & Kriger, PLC
1717 Penobscot Building
645 Griswold St.
Detroit, Michigan 48226
(313) 967-0100
Email: mkriger@sbcglobal.net

/s/James W. Amberg
AMBERG & AMBERG
32121 Woodward Ave.
Suite PH 10
Royal Oak, MI 48073
(248) 681-0115
Email: jamberg@amberglaw.net

DATED: July 11, 2024

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 17-20401
                                                   Hon. Thomas L. Ludington

BRIAN BARTLETT,

        Defendant.
_____/

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO FILE UNDER SEAL DEFENDANT BARTLETT'S MOTIONTO SUPPRESS EVIDENCE SEIZED UNDER SEARCH WARRANTS**

**Issues presented:** Whether defendant's Motion to Suppress Evidence shall be filed under seal?

**Principal authorities:**   In re Knoxville News-Sentinel Co., Inc., 723 F.2d 470, 473 (6th Cir. 1983)

District courts have supervisory power over their own records and files, including the discretion to seal documents. *In re Knoxville News-Sentinel Co., Inc.*,

723 F.2d 470, 473 (6th Cir. 1983) (citing *Nixon v. Warner Commc'ns*, 435 U.S. 589 (1978)).

Defendant requests that his Motion to Suppress Evidence be filed under seal because the exhibits to the motion are currently under seal and because the motion quotes portions of the sealed exhibits.

Respectfully submitted,

s/Mark J. Kriger
LaRene & Kriger, PLC
1717 Penobscot Building
645 Griswold St.
Detroit, Michigan 48226
(313) 967-0100
Email: mkriger@sbcglobal.net


s/James W. Amberg
Amberg & Amberg
32121 Woodward Ave.
Suite PH
Royal Oak, MI 48073
(248)681-6255
Email: jamberg@amberglaw.net

DATED: July 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

s/Mark J. Kriger
LaRene & Kriger, PLC
1717 Penobscot Building
645 Griswold St.
Detroit, Michigan 48226
(313) 967-0100
E-mail: mkriger@sbcglobal.net
