# Exhibit A



**SURVEYING • ENGINEERING • CONSTRUCTION SERVICES**

residential • commercial • design • construction • GPS

February 16, 2011

**Via Email**

Ms. Karen Liang – Senior Auditor
MDOT - Office of Commission Audit
Lansing, MI 48909

RE:      Common Control for Standish Property

Ms. Liang:

As discussed the other day on the phone, please consider this letter my sworn statement that I do not in any way own any part of the Standish Property that we lease. We changed this immediately after you notified us of the rule change.

Sincerely,

SURVEYING SOLUTIONS, INC.

Jeffrey D. Bartlett, P.S.
Principal/Project Surveyor

*surveying* FOR TODAY... *solutions* FOR THE FUTURE...

4471 M-61, P.O. Box 1022, Standish, Michigan 48658 • tel 989-846-6601 • fax 989-846-6607 • www.ssi-mi.com

#1560180.1