UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-3 Adam Ball,

        Defendant.

Case No. 23-cr-20676

Hon. Thomas L. Ludington
United States District Judge

_____

**EX PARTE MOTION FOR LEAVE TO FILE
AN EXHIBIT USING THE MEDIA FILE UPLOAD**
_____

The United States, by its undersigned attorneys, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this court to file an exhibit via the electronic portal "Media File Upload" in CM/ECF.

The exhibit to the government's response to the defense "Motion to Suppress Statement", ECF No. 178, cannot be converted to PDF because it is an WMA audio file.

For the foregoing reasons, the undersigned respectfully requests that this court grant the leave sought in this motion.

Respectfully Submitted,

JULIE A. BECK
Acting United States Attorney


s/ Karen L. Reynolds
Karen L. Reynolds
T. Patrick Martin
Assistant United States Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Karen.Reynolds@usdoj.gov
Thomas.Martin@usdoj.gov