UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 23-cr-20676

                                          Hon. Thomas L. Ludington

JEFFREY BARTLETT, *et al.*,

    Defendant.

_____/

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO FILE A RESPONSE TO THE GOVERNMENT'S
MOTION IN LIMINE REGARDING TESTIMONY BY SPOUSES
AND DOMESTIC PARTNER OF THE DEFENDANTS**

The Government and the Defendants hereby stipulate to an extension of time to file a response to the Government's Motion In Limine Regarding Testimony by Spouses and Domestic Partner Of The Defendants [ECF 211] to June 1, 2025.

**IT IS SO ORDERED.**

Dated: April 16, 2025                                              <u>s/Thomas L. Ludington</u>
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge

*s/Karen L. Reynolds w/ consent*
Karen L. Reynolds
T. Patrick Martin
Assistant United States Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Karen.Reynolds@usdoj.gov
Thomas.Martin@usdoj.gov

*s/Joshua A. Blanchard w/ consent*
Attorney for D-1, Jeffrey Bartlett
Blanchard Law
309 S Lafayette St Ste 208
PO Box 938
Greenville, MI 48838
616-773-2945
Email: josh@blanchard.law

*s/Daniel Gerdts w/ consent*
Attorney for D-2, Andrew Semenchuck
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612-800-5086
Email: daniel@danielgerdtslaw.com

*s/Mark J. Kriger*
Attorney for D-4, Brian Bartlett
LaRene & Kriger, P.L.C.
500 Griswold
Suite 2400
Detroit, MI 48226-3300
313-967-0100
Email: mkriger@sbcglobal.net

*s/James Amberg*
Attorney for D-4, Brian Bartlett
Amberg & Amberg, PLLC
32121 Woodward Avenue
Ste Ph
Royal Oak, MI 48073
248-681-6255
Fax: 248-681-0115

*s/Charles E. Chamberlain, Jr. w/ consent*
Attorney for D-5, Anthony Thelan
Willey & Chamberlain
300 Ottawa Avenue, N.W.
Ste 810
Grand Rapids, MI 49503
616-458-2212
Email: cec@willeychamberlain.com

*s/Mark A. Satawa w/ consent*
Attorney for D-3, Adam Ball
Satawa Law, Pllc
26777 Central Park Blvd.
Suite 300
Southfield, MI 48076
248-356-8320
Fax: 248-327-4941
Email: mark@satawalaw.com