UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,            Case No. 23-cr-20676

        Plaintiff,                   HON. THOMAS L. LUDINGTON
                                   United States District Judge

v.

D-5 ANTHONY THELEN,

        Defendant.

---

**MOTION TO SEAL EXHIBITS TO UNITED STATES' RESPONSE TO DEFENDANT THELEN'S MOTION TO COMPEL IDENTIFICATION OF CO-DEFENDANT STATEMENTS TO BE OFFERED AT TRIAL AND TO EXCLUDE THEM OR, IN THE ALTERNATIVE, SEVER [207]**

---

The United States of America respectfully requests that the Exhibits to the

United States' Response to defendant Thelen's Motion to Compel Identification of

Co-Defendant Statements to be Offered at Trial and to Exclude Them or, in the

Alternative, Sever, ECF No. 207, be sealed until further order of this court, as the

exhibits contain inculpatory statements by certain defendants that are at issue in the

pending motion and may prejudice the defendants' right to a fair trial if posted on

the public docket. Once the trial is concluded, the United States intends to request

that the exhibits be unsealed.

Pursuant to Local Rule 7.1, the government has asked for and received concurrence with this Motion to Seal from counsel for all defendants except for counsel for Thelen, whose position could not be ascertained prior to the filing of this motion.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney


*/s/ T. Patrick Martin*
T. Patrick Martin
Karen Reynolds
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Thomas.Martin@usdoj.gov
(313) 226-9168
MI Bar No. P86940

May 27, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-5 ANTHONY THELEN,

Defendant.

Case No. 23-cr-20676

HON. THOMAS L. LUDINGTON
United States District Judge

---

### ORDER TO SEAL

---

Upon consideration of the government's motion to seal the Exhibits of the United States' Response to defendant Thelen's Motion to Compel Identification of Co-Defendant Statements to be Offered at Trial and to Exclude Them or, in the Alternative, Sever, ECF No. 207, as the exhibits contain potential trial evidence that may prejudice the defendants' right to a fair trial if posted on the public docket at this time, and the court having been duly advised;

IT IS HEREBY ORDERED that the Exhibits of the United States' Response to defendant Thelen's Motion to Compel Identification of Co-Defendant Statements to be Offered at Trial and to Exclude Them or, in the Alternative, Sever, ECF No. 207, be sealed until further order of this court.

_____
THOMAS L. LUDINGTON
United States District Judge

Entered: