UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JEFFREY BARTLETT, et. al,

       Defendants.
_____/

Case No. 1:23-cr-20676

Honorable Thomas L. Ludington
United States District Judge

**ORDER ISSUING DRAFT JURY INSTRUCTIONS, AND DIRECTING THE PARTIES TO FILE OBJECTIONS AND PROPOSED ADDITIONS**

Trial in the above-captioned case is scheduled to begin on September 15, 2025. ECF No. 203. In accordance with the operative Scheduling Order, the Government provided the Court and Defense Counsel with a copy of its proposed jury instructions on June 13, 2025.[1] Having reviewed the Government's proposal, the Court has attached drafts of the following documents:[2]

(1) A "Voir-Dire Script" the undersigned intends on following to begin voir-dire;
(2) "Post Swearing-in Instructions" to read to the jury immediately after it is impaneled;
(3) Substantive Jury Instructions; and
(4) Five identical Verdict Forms, corresponding to each Defendant.

In accordance with the operative Scheduling Order, *id.* at PageID.2315, it is **ORDERED** that the Parties are **DIRECTED** to file any objections or proposed additions to these documents **on or before June 27, 2025.** Any objection or proposed addition should be accompanied with a brief explanation and supporting legal authority.

---

[1] Counsel for the Government emailed its proposed instructions. A copy of this email, and the Government's draft, remain on file with the Court.
[2] Some draft language or instructions are highlighted, indicative of information or instructions that may change given the Parties' theories or trial strategies. All highlights will be removed before providing the instructions to the jury at the conclusion of trial.

Dated: June 18, 2025                              <u>s/Thomas L. Ludington</u>
                                                                       THOMAS L. LUDINGTON
                                                                       United States District Judge