UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                  Case No. 1:23-cr-20676-3

v.                                               Honorable Thomas L. Ludington
                                                    United States District Judge
ADAM BALL,

       Defendant.
_____/

**VERDICT FORM: DEFENDANT ADAM BALL**

WE, the Jury, after due deliberation and consideration of all the evidence, make the following unanimous findings on the charges contained in the Second Superseding Indictment against Defendant Adam Ball:

### COUNT I – Conspiracy to Commit Wire Fraud  (18 U.S.C. § 1349)

As to the charge that Defendant Adam Ball conspired to commit wire fraud, we the jury unanimously find him:

Not Guilty _____                 Guilty _____

### COUNT II – Conspiracy to Defraud the United States (18 U.S.C. § 371)

As to the charge that Defendant Adam Ball conspired to defraud the United States, we the jury unanimously find him:

Not Guilty _____                 Guilty _____

### COUNT III – Wire Fraud/Aiding & Abetting  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 7, 2018 involving the transfer of $6,823.16 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

### COUNT IV – Wire Fraud/Aiding & Abetting  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 10, 2018 involving the transfer of $19,545.10 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

### COUNT V – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 12, 2018 involving the transfer of $73,038.61 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

### COUNT VI – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 12, 2018 involving the transfer of $116,353.50 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

### COUNT VII – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 19, 2018 involving the transfer of $125,351.21 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

### COUNT VIII – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 19, 2018 involving the transfer of $80,238.15 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____            Guilty _____

### COUNT IX – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on December 19, 2018 involving the transfer of $80,238.15 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____            Guilty _____

### COUNT X– Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on June 21, 2019 involving the transfer of $75,451.62 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____            Guilty _____

### COUNT XI – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on June 27, 2019 involving the transfer of $120,391.62 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____            Guilty _____

### COUNT XII – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on July 25, 2019 involving the transfer of $105,143.78 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____            Guilty _____

### **COUNT XIII – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)**

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on July 25, 2019 involving the transfer of $65,103.49 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

### **COUNT XIV – Aiding & Abetting Wire Fraud  (18 U.S.C. §§ 1343, 2)**

As to the charge that Defendant Adam Ball committed—or aided and abetted—wire fraud on July 29, 2019 involving the transfer of $61,935.75 from Comerica Bank in Auburn Hills, Michigan to Huntington National Bank in Columbus, Ohio, we the jury unanimously find him:

Not Guilty _____          Guilty _____

- 5 -

## CONCLUDING INSTRUCTION

Please review the Verdict Form once more to make sure that you have answered all the questions that you were called upon to answer by the instructions and that you have recorded no response to the questions that, under the instructions, there was no occasion for you to address. After you have completed your review, your foreperson should place his or her signature, the date, and his or her printed name in the appropriate spaces below. Once the foreperson has done this, place the completed verdict form in the privacy folder. Only once you have completed the verdict forms for all five defendants in this case, and placed all completed, signed forms in the privacy folder, and use the call button to notify the bailiff that you have reached a verdict.

*Jury Foreperson Name:*_____

*Jury Foreperson Signature:* _____

*Date:* _____