**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No.: 1:23-CR-20676 01

v                                             Hon. Thomas L. Ludington
                                               Magistrate Judge Patricia T. Morris
                                               Magistrate Judge Kimberly G. Altman

JEFFREY BARTLETT,

       Defendant.

_____/

**NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY**

**To:**    **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

| **Add the following AUSA(s):** | **Terminate the following AUSA(s):** |
|---|---|
| Name: Jessica A. Nathan<br>Bar ID: (TX 24090291)<br>Telephone: (313) 226-9643<br>Email: jessica.nathan@usdoj.gov | Name: NONE |

                                                         JEROME F. GORGON JR.
                                                         United States Attorney

                                            By:  <u>/s/ Jessica A. Nathan</u>
                                                    JESSICA A. NATHAN
                                                    Assistant United States Attorney
                                                    211 W. Fort Street, Suite 2001
                                                    Detroit, MI 48226
                                                    Telephone: (313) 226-9643
                                                    Email: jessica.nathan@usdoj.gov
Dated: July 28, 2025                              Bar ID: (TX 24090291)

1