UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 1:23-cr-20676

v.                                      Honorable Thomas L. Ludington
                                      United States District Judge
ANDREW SEMENCHUK (2),
JEFFREY BARTLETT (1), and
BRIAN BARTLETT (3),

                                      Honorable Patricia T. Morris
              Defendants.           United States Magistrate Judge
_____/

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS, ACCEPTING GUILTY PLEAS, AND TAKING RULE 11 PLEA AGREEMENTS UNDER ADVISEMENT**

On July 28, 2025, Magistrate Judge Kimberly G. Altman conducted a plea hearing upon Defendants Andrew Semenchuck, Jeffrey Bartlett, and Brian Bartlett's consent. *See* ECF Nos. 257; 259; 260; 261; 263; 264. That same day, Judge Altman issued a report recommending that this Court accept Defendant's guilty plea. ECF Nos. 266; 269; 271. Judge Altman gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Altman's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Magistrate Judge Kimberly G. Altman's Report and Recommendations, ECF Nos. 266; 269; 271, are **ADOPTED**.

Further, it is **ORDERED** that Defendant Andrew Semenchuck's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 265, is **TAKEN UNDER ADVISEMENT**.

Further, it is **ORDERED** that Defendant Jeffrey Bartlett's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 270, is **TAKEN UNDER ADVISEMENT.**

Further, it is **ORDERED** that Defendant Brian Bartlett's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 268, is **TAKEN UNDER ADVISEMENT.**

Dated: August 14, 2025                    s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge