UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

D-4 BRIAN BARTLETT,

    Defendant.
_____/

Case No.: 23CR20676

Hon. Thomas L. Ludington

## STIPULATED AGREEMENT FOR ORDER TO PAY

This Stipulated Agreement for Order to Pay ("Agreement") is made and entered into by and between the Plaintiff, the United States of America, by and through the United States Attorney's Office for the Eastern District of Michigan, through its attorney, Jessica A. Nathan, Assistant United States Attorney, and the defendant, Brian Bartlett (the "Defendant"), by and through his attorney, Mark J. Kriger (together the "Parties"). The Parties do hereby agree and stipulate as follows:

    1.    The Defendant's name is Brian Bartlett, Social Security Number xxx-xx-9060, and last known address is in Bentley, MI 48613.

    2.    On or about July 28, 2025, the Defendant agreed in a Rule 11 Plea Agreement ("Plea Agreement") to pay restitution in the amount of $914,360.00 to the victim, Michigan Department of Transportation, representing one-fifth of $4,571,800.00. ECF No. 268, at PageID.3034-35.

3. In addition, pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), the Defendant agreed to the entry of a forfeiture money judgment against him in favor of the United States in the amount of $814,640.00, representing the proceeds obtained by him as a result of his violation of Count 2 of the Superseding Indictment. *Id.*, at PageID.3035.

4. Therefore, Parties anticipate the Court to impose a judgment for criminal restitution against the Defendant in the amount of $914,360.00 and a forfeiture money judgment in the amount of $814,640.00. *Id.* at PageID.3034-40.

5. As part of his Plea Agreement, the Defendant agreed to pay his anticipated forfeiture money judgment on or before the date of sentencing. *Id.* at PageID.3035-36. The Defendant also agreed to the entry of an order authorizing the Clerk of the Court to accept payment of restitution in advance of sentencing, and on July 30, 2025, the Court entered an order directing the Clerk to take receipt of such funds and deposit them into the Court Registry until further Order. *See* ECF No. 273 and 281.

6. The Defendant has identified property held and/or maintained by third-party, Empower Retirement, LLC ("Empower"), who has in its possession, custody, or control property of the Defendant in the form of retirement account(s) and cash.

7. The Defendant waives service of an application for a prejudgment or post judgment remedy pursuant to Sections 3101 and 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3001, *et seq*. ("FDCPA") and further waives any right to a hearing and any other process to which the defendant may be entitled under the FDCPA.

8. The Parties acknowledge that it is in the best interests of all Parties that Empower be authorized and/or ordered to immediately turn over **One Million Three Hundred Twenty-Nine Thousand Dollars and 00/100 ($1,329,000.00)** of the Defendant's property in its possession, custody, or control under the United States' direction. The Parties agree

that prior to turnover, Empower shall withhold and remit to the Internal Revenue Service the amount of federal tax that is required to be withheld by the provisions of Title 26 of the United States Code ($1,329,00.00 being the net turnover amount). The Parties further agree that Empower shall be authorized to sell any invested assets necessary to generate the funds to satisfy this Agreement.

9. The Parties agree **Nine Hundred Fourteen Thousand Three Hundred Sixty Dollars and 00/100 ($914,360.00)** should be made payable to the **United States District Court Clerk**, and reference Defendant's case number (**23CR20676 004**) for application to the Defendant's restitution. Checks shall be sent to:

> Clerk's Office
> Theodore Levin U.S. Courthouse
> 231 Lafayette, Rm 599
> Detroit, MI 48226

Empower will contact the Clerk's Office at 313-234-5070 for sending funds electronically. The Parties agree and stipulate that these funds shall be held in the Court Registry until a restitution judgment is rendered in Defendant's case or other order of this Court.

10. The Parties agree that pursuant to the Stipulated Preliminary Order of Forfeiture, **Four Hundred Fourteen Thousand Six Hundred Forty Dollars and 00/100 ($414,640.00)** shall be made payable to the **United States Marshals Service**, and reference "**Money Judgment - 23CR20676 004**". Checks shall be sent to:

> **U.S. Attorney's Office**
> **Attn: AUSA Jessica A. Nathan, MLAR**
> **211 W. Fort St., Ste. 2001**
> **Detroit, MI 48226**

Empower will contact the U.S. Attorney's Office at 313-226-9643 for sending funds electronically. The Defendant agrees and stipulates to pay the remaining $400,000.00, or any remaining balance of the forfeiture money judgment after application of the Empower funds within 60 days

of entry of the Stipulated Preliminary Order of Forfeiture.

11. This Stipulated Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement.

Approved as to form and substance:

JEROME F. GORGON, JR.
United States Attorney

| | |
|---|---|
| By: s/ Jessica A. Nathan | s/ Mark J. Kriger (with consent) |
| JESSICA A. NATHAN | MARK J. KRIGER (P30298) |
| Assistant United States Attorney | LaRene & Kriger, PC |
| United States Attorney's Office | 500 Griswold, Ste. 2400 |
| 211 W. Fort St., Ste. 2001 | Detroit, MI 48226 |
| Detroit, MI 48226 | (313) 967-0100 |
| (313) 226-9643 | mkriger@sbcglobal.net |
| jessica.nathan@usdoj.gov | |
| (TX 24090291) | |
| | |
| Dated: November 17, 2025 | Dated: November 17, 2025 |

******************************

Upon stipulation by the parties above, IT IS SO ORDERED.

Dated: November 20, 2025                    s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

- 4 -