UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No. 23-CR-20676
                                            Hon. Thomas L. Ludington

JEFFREY BARTLETT and
BRIAN BARTLETT,

        Defendants.
_____/

**WITHDRAWAL OF MOTION TO STAGGER SENTENCES
FILED ON JANUARY 27, 2026 [R.E. 340].**

NOW COME Jeffrey Bartlett and Brian Bartlett, by and through their respective attorneys, Josh Blanchard and Mark J. Kriger, and hereby withdraw their previously filed Joint Motion to Stagger Sentences [R.E. 340] for the reason that on February 4, 2026, defendants filed an Amended Joint Motion to Stagger Sentences [R.E. 341].

Respectfully submitted,

/s/Mark J. Kriger                                /s/Joshua A. Blanchard
Attorney for Brian Bartlett                Attorney for Jeffrey Bartlett
500 Griswold Street, Suite 2400       309 S. Lafayette St, Suite 208
Detroit, Michigan   48226                  Greenville, MI 48838
(313) 967-0100                                    (616) 773-2945
E-Mail: mkriger@sbcglobal.net          Email: josh@blanchard.law
Dated: February 4, 2026

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                                                   s/Mark J. Kriger
                                                                                    LARENE & KRIGER, P.L.C.
                                                                                     500 Griswold, Suite 2400
                                                                                     Detroit, Michigan 48226
                                                                                     (313) 967-0100
                                                                                      E-mail: mkriger@sbcglobal.net